Bilott et ux. *v.* Koury, et ux., Appellants.

Before RIAL, J.

Argued November 25, 1975. *William D. Boyle,* for appellants; *James R. Miller,* with him *James P. McKenna, Jr.,* and *Dickie, McCamey & Chilcote,* for appellees.

Order affirmed.

Bitautos, Appellant, *v.* Kutchman.

Argued November 17, 1975. *Leonard A. Costa, Jr.,* with him *Robert Rade Stone,* for appellant; *John J. McDaniel,* for appellee.

Order affirmed.

JACOBS, J., absent.

Bolitho *v.* Bolitho, Appellant.

Argued November 18, 1975. *Aaron Rosenzweig,* for appellant; *Leo P. Hajdukiewicz,* with him *Samuel R. Sciullo,* for appellee.

Order affirmed.

Clement Plumbing and Heating Company, Inc. *v.* Clement et ux., et al., Appellants.

Before SMITH, JR., J.

Argued November 24, 1975. *John G. Koedel,* with him *Charles D. Coll,* for appellants; *Henry E. Rea, Jr.,* with him *Brandt, McManus, Brandt & Malone,* for appellee.

Decree affirmed.